# United States Court of Appeals for the Federal Circuit

---

June 8, 2012

**ERRATA**

---

Appeal No. 2011-3031

**AHMED M. YOUNIES,**

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**

Decided:  December 5, 2011
Precedential Opinion

---

Please make the following change:

Change the decided date to December 5, 2011.